THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF

RHODE ISLAND

CA05-425L

| | | |
|---|---|---|
| ANTHONY SABETTA, PETITIONER, | * | |
| VS. | * | NO. CR00-135-OIL |
| UNITED STATES OF AMERICA, PLAINTIFF, | * | |

"MOTION FOR APPOINTMENT"

OF COUNSEL

COME NOW PETITIONER MR. ANTHONY SABETTA, NOW ASKS THIS HONORABLE COURT TO APPOINT COUNSEL ON PETITIONER'S MOTION UNDER TITLE 28 U.S.C. 2255, NOW BEFORE THIS COURT. PETITIONER'S MOTION WILL INVOLVE COMPLEX ISSUES RELATING IN COUNSEL'S INEFFECTIVENESS AND DUE PROCESS ISSUES AND 6TH AMENDMENT VIOLATION.

RESPECTFULLY SUBMITTED,

Anthony Sabetta

CERTIFICATE OF SERVICE

I Anthony Sabetta, UNDER THE PENALTY OF PERJURY, AM THE PETITIONER AND ACKNOWLEDGE THAT THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATE 9-29-05

RESPECTFULLY SUBMITTED

Anthony Sabetta

I Anthony Sabetta, UNDER THE PENALTY OF PERJURY, ALSO DECLARE, THAT BY USING THE UNITED STATES POSTAL SERVICE, ONE COPY HAS BEEN SENT POSTAGE PREPAID BY THE UNITED STATES MAIL SERVICE TO THE UNITED STATES ATTORNEY'S OFFICE IN THE DISTRICT of Rhode Island STATE OF Rhode Island