UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Anthony Sabetta

VS.

CA NO. 05-~~248L~~ 425L

USA

ORDER

The government's response to the Defendant's motion to vacate, set aside, or correct sentence filed on October 11, 2005 is due on ~~October~~ Nov. 18, 2005. RRL

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 10/18/05

BY Order:

Deputy Clerk