THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF

RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY SABETTA,<br>PETITIONER, | * * * * * | 05-425L |
| VS. | * * | NO. ~~CR00-135-01L~~ |
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | * * * * * | |

"MOTION FOR APPOINTMENT"

OF COUNSEL

COME NOW PETITIONER MR. ANTHONY SABETTA, NOW ASKS THIS HONORABLE COURT TO APPOINT COUNSEL ON PETITIONER'S MOTION UNDER TITLE 28 U.S.C. 2255, NOW BEFORE THIS COURT. PETITIONER'S MOTION WILL INVOLVE COMPLEX ISSUES RELATING IN COUNSEL'S INEFFECTIVENESS AND DUE PROCESS ISSUES AND 6TH AMENDMENT VIOLATION.

Denied!
Ronald R. Lagueux
Sr. USDJ 10/18/05

RESPECTFULLY SUBMITTED
Anthony Sabetta