IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY SABETTA | : | |
| | : | |
| v. | : | C.A. No. 05-425L |
| | : | |
| UNITED STATES OF AMERICA | : | |

GOVERNMENT'S MOTION TO FILE MEMORANDUM OF LAW
IN EXCESS OF TEN PAGES IN RESPONSE TO PETITION TO VACATE,
SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

Pursuant to District Court General Order 2002-01(2), the United States of America hereby moves the Court for leave to file a memorandum of law in excess of ten pages in opposition to Anthony Sabetta's Petition to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. The government submits that such a memorandum is necessary to fully respond to the claims made by Petitioner. In accordance with the General Order's directive that "the proposed memorandum *shall not be filed* unless and until the request is granted" (emphasis in original), the government's memorandum of law, due on November 18, 2005, is not enclosed herewith.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

PETER F. NERONHA
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 15th day of November, 2005, a copy of the within Government's Motion To File Memorandum Of Law In Excess Of Ten Pages In Response To Petition To Vacate, Set Aside Or Correct Sentence Pursuant To 28 U.S.C. § 2255 was mailed by first class mail to Anthony Sabetta, FCI P.O. Box 1500, El Reno, Oklahoma, 73036.