IN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANTHONY SABETTA,<br>PETITIONER, | ) | |
| VS. | ) | C.A.NO.05425L. |
| UNITED STATES OF AMERICA,<br>RESPONDENT, | ) | |

---

**MOTION**

**FOR PETITIONER TO HAVE 30 DAYS**

**TO RESPOND TO GOVERNMENTS RESPONSE BRIEF**

---

DATE: 11-28-05

ANTHONY SABETTA 04954070
F.C.I. P.O. BOX 1500
EL RENO OK. 73036

RESPECTFULLY SUBMITTED,

[signature] #04954070

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY THAT ON THE 28TH DAY OF NOVEMBER 2005, A COPY OF THIS MOTION FOR EXTRA TIME FOR PETITIONER TO FILE HIS RESPONSE TO THE GOVERNMENTS BRIEF WAS SENT TO UNITED STATES ATTORNEY OFFICE FOR THE DISTRICT OF RHODE ISLAND.

DATE: 11-28-05

ANTHONY SABETTA 04954070
F.C.I P.O. BOX 1500
EL RENO, OK 73036

**RESPECTFULLY SUBMITTED,** [signature] 04954070