IN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
DEC 5 2005

| | | |
|---|---|---|
| ANTHONY SABETTA, PETITIONER, | ) | |
| VS. | ) | C.A.NO.05425L. |
| UNITED STATES OF AMERICA, RESPONDENT, | ) | |

**MOTION**
**FOR PETITIONER TO HAVE 30 DAYS**
**TO RESPOND TO GOVERNMENTS RESPONSE BRIEF**

DATE: 11-28-05

ANTHONY SABETTA 04954070
F.C.I. P.O. BOX 1500
EL RENO OK. 73036

RESPECTFULLY SUBMITTED,
[signature] #04954070

Granted:
Ronald R. Lagueux
Sr. USDJ 12/6/05