IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY SABETTA, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CR 00-135-01L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

MOTION FOR RECONSIDERATION OF APPOINTMENT

OF COUNSEL FOR REASONS STATED

IN THIS MOTION BEFORE THIS HONORABLE COURT

**STATEMENT OF FACTS**

**TO SUPPORT THIS MOTION**

COMES NOW Petitioner, Mr. Anthony Sabetta, now asking this Honorable Court to reconsider its stand on appointing Petitioner counsel to help with the legal in's and out's of his 2255 Motion before this Court.

(1) Petitioner's motion does involve complex issues relating to actual innocence, perjured testimonies, ineffectiveness of counsel, and insufficient evidence.

(2) Petitioner needs counsel to help him forward the evidence he has to prove without any doubt that government witnesses committed perjury during the trial and during sentencing.

(3) Petitioner now prays that this Honorable Court reconsider its stand on appointing Mr. Sabetta counsel so that he will have his day in court and be granted an evidentiary hearing to resolve these issues in the court.

Respectfully submitted,

Anthony Sabetta #04954070

Anthony Sabetta 04954070
Federal Correctional Institution
P.O Box 1500
El Reno OK 73036

**CERTIFICATE OF SERVICE**

I, ANTHONY SABETTA, under the penalty of perjury also declare that by using the United States Postal Service, one copy has been sent postage-prepaid by the United States mail service to the United States Attorney's Office in the District of Rhode Island.

Respectfully submitted,

Anthony Sabetta #04954 070

ANTHONY SABETTA 04954 070
Federal Correctional Institution
P.O Box 1500
ELRENO OK 73036