IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Cr. No. 00-135T |
| v. | ) | In violation of 18 U.S.C. |
| | ) | §§ 2, 922(g)1), 924(e) |
| ANTHONY SABETTA | ) | |
| DANIEL ANDINO | ) | |

INDICTMENT

The Grand Jury charges:

Count 1

From a time unknown up to and including on or about September 1, 2000, in the District of Rhode Island, the defendant, ANTHONY SABETTA, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a certain firearm, to wit: a Colt, model Cobra, .22 caliber revolver, serial number 87092.

In violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(e).

Count 2

From a time unknown up to and including on or about September 1, 2000, in the District of Rhode Island, the defendant, DANIEL ANDINO, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a certain firearm, to wit: a Colt, model Cobra, .22 caliber

revolver, serial number 87092.

In violation of 18 U.S.C. §§ 2 and 922(g)(1).

MARGARET E. CURRAN
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CRAIG N. MOORE
First Assistant U.S. Attorney

11-29-06
Date