IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY SABETTA, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CR 00-135-01L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

MOTION FOR RECONSIDERATION OF APPOINTMENT

OF COUNSEL FOR REASONS STATED

IN THIS MOTION BEFORE THIS HONORABLE COURT

Denied: Ronald R. Lagueux

Sr. USDJ 1/4/06