UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Anthony Sabetta
Plaintiff,

v. : C.A. No. 05-425L

USA
Defendant.

JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant USA against the petitioner Anthony Sabetta, in accordance with the Court's Memorandum and Order dated 2/2/06 denying petitioner's 2255 petition.

Deputy Clerk
February 2, 2006