**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY SABETTA** | § | |
| | § | |
| **V.** | § | **C.A. No. 05-425L** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |

**NOTICE OF APPEAL**

**NOTICE OF APPEAL** is hereby given to the United States Court of Appeals for the **First** Circuit from a denial of a §2255 motion that was denied by the Honorable Ronald R. Lagueux, United States District Senior Judge on the 1st day of February, 2006. Appellant received notice of said denial on the 6th day of February, 2006.

**Dated:** 2-8-06, **2006.**

**Respectfully submitted,**

Anthony Sabetta
Reg. No. 04954-070
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036