UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 23, 2006

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: ***CA 05-425L***

Dear Mr. Donovan:

Enclosed herewith you will find the notice of appeal and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by signing and returning a copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket