**United States District Court** | DISTRICT: FIRST CIRCUIT COURT OF APPEALS

| CASE TITLE | | | DOCKET NO. |
|---|---|---|---|
| ANTHONY SABETTA | V. | UNITED STATES | No. 06-1360 |
| | | | MAGISTRATE CASE NO. |

I, Anthony Sabetta, declare that I am the *(check appropriate box)*

☐ petitioner/plaintiff ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant ☒ Petitioner - Appellant (other)

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

      N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

      Unemployed

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes ☐ No ☒
   b. Rent payments, interest or dividends? Yes ☐ No ☒
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☒
   d. Gifts or inheritances? Yes ☐ No ☒
   e. Any other sources? Yes ☐ No ☒

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 04954070 | **Current Institution:** | El Reno FCI |
| **Inmate Name:** | SABETTA, ANTHONY | **Housing Unit:** | UNT D |
| **Report Date:** | 03/14/2006 | **Living Quarters:** | D04-217L |
| **Report Time:** | 6:24:32 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0137 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 4/30/2003 |
| Local Account Activation Date: | 1/13/2005 4:19:09 AM |
| Sort Codes: | |
| Last Account Update: | 3/13/2006 11:12:10 AM |
| Account Status: | Active |
| Phone Balance: | $0.04 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $60.19 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $60.19 |
| National 6 Months Deposits: | $1,086.53 |
| National 6 Months Withdrawals: | $1,027.30 |
| National 6 Months Avg Daily Balance: | $31.36 |
| Local Max. Balance - Prev. 30 Days: | $229.94 |
| Average Balance - Prev. 30 Days: | $49.60 |

## Commissary History

### Purchases

Validation Period Purchases: $3.00
YTD Purchases: $366.80
Last Sales Date: 3/13/2006 11:12:10 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $3.00
Remaining Spending Limit: $287.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**