UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY SABETTA | ) | |
| | ) | |
| v. | ) | C.A. No. 05-425L |
| | ) | |
| UNITED STATES | ) | |

ORDER

Petitioner's application to appeal in forma pauperis hereby is denied because any attempt to appeal the denial of his Section 2255 motion would be frivolous since he has no viable basis for appeal and this Court has already denied him a certificate of appealability.

ENTER:

Ronald R. Lagueux
Senior Judge
March 23, 2006

BY ORDER:

Deputy Clerk